```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3068 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JOHN KLUVER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the parties' joint oral motion to continue defendant Michael John Kluver's competency hearing, and defendant Kluver's oral motion to enter a change of plea and request a plea hearing before the undersigned,

IT IS ORDERED,

1. The defendant's competency hearing is continued to September 1, 2006 at 1:00 p.m.

2. Defendant's change of plea hearing will commence before the undersigned immediately following the September 1, 2006 competency hearing in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

3. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 24th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge